UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     :    Chapter 7
                                                           :    Case No. 21-12146-LGB
FITNESS RECOVERY HOLDINGS, LLC,                            :
                                                           :
                           Debtor.                         :
-----------------------------------------------------------X

     YOU ARE HEREBY NOTIFIED that the initial Section 341 meeting of creditors for the above-captioned case, originally scheduled as an in-person meeting, has been rescheduled to February 23, 2022 at 10:00 a.m. (the "<u>Designated Meeting Time</u>") and will now be conducted by telephone conference.

     All parties shall appear by phone at the Designated Meeting Time in accordance with the instructions below.  **Call In Information:  Time: February 23, 2022 at 10:00 AM Eastern Time (US and Canada)**
  **Join Zoom Meeting:**
**https://teamtogut.zoom.us/j/84930948116?pwd=NEt3Y2FlMllBWnJyNHFDSmsvV3hNdz09**

| **Meeting ID: 849 3094 8116** | **Password: 948482** |
|---|---|

**Dial by your location:**

| +1 646 558 8656 US (New York) | +1 669 900 9128 US (San Jose) | +1 301 715 8592 US (Washington DC) |
|---|---|---|
| +1 312 626 6799 US (Chicago) | +1 253 215 8782 US (Tacoma) | +1 346 248 7799 US (Houston) |

     On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions.  To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

<u>**Instructions for Testifying Debtors and Counsel**</u>

     No later than two days prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification and proof of the debtor's social security number ("Identification Documents").  A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

     Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting.

     Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting.

DATED:    February 7, 2022

                                                ALBERT TOGUT, Chapter 7 Trustee,
                                                */s/ Albert Togut*