# UNITED STATES BANKRUPTCY COURT
*SOUTHERN DISTRICT OF NEW YORK*
*ONE BOWLING GREEN, ROOM 615-3*
*NEW YORK, NY 10004-1408*

VITO GENNA
CLERK OF COURT
TELEPHONE: (212) 668-2870

July 1, 2022

Albert Togut
Togut Segal & Segal, LLP
One Penn Plaza
Suite 3335
New York, NY 10119

RE: 21-12146 (LGB) Fitness Recovery Holdings, LLC

Dear Mr. Togut:

In reference to the above case, the following document(s) has not been filed electronically.

Please file the document(s) on-line within ten (10) days from the receipt of this letter.

1. ( )  Trustee Report of No Distribution
2. ( )  Final Report
3. ( )  Notice of Distribution (Final)
4. ( )  Bankruptcy Closing (Statistical) Report (Asset Case)
5. ( )  Affidavit of Final Distribution
6. (X) **Status Report on Case**
7. ( )  Other:_____

We appreciate your cooperation.

Sincerely Yours,

Vito Genna, Clerk of Court

By: /s/<u>Amanda L. Ho</u>
      Deputy Clerk