TOGUT, SEGAL & SEGAL LLP
Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Eitan Blander

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
In re:                                          :
                                                    :
FITNESS RECOVERY HOLDINGS, LLC,    :    Chapter 7
                                                    :    Case No. 21-12146 [LGB]
                                    Debtor.    :
                                                     :
------------------------------------------------------------- X

## TRUSTEE'S STATUS REPORT

TO THE HONORABLE LISA G. BECKERMAN,
UNITED STATES BANKRUPTCY JUDGE:

        Albert Togut, not individually but solely in his capacity as the Chapter 7 trustee (the "<u>Trustee</u>") of the estate of the above-referenced debtor (the "<u>Debtor</u>"), by his undersigned attorneys, respectfully submits this report in furtherance of the Trustee's prior status reports filed on July 11, 2022 [Docket No. 17] and October 7, 2022 [Docket No. 17] and the Bankruptcy Court's July 1, 2022 order [Docket No. 15] directing the filing of a status report for the above-referenced Chapter 7 case, and respectfully reports:

        1.     The Schedules of Assets and Liabilities that were filed with the Debtor's Chapter 7 Petition (the "<u>Schedules</u>") disclose that the Debtor's largest creditors are Peak Credit LLC ("<u>Peak</u>") and Bay Point Capital Partners, L.P. ("<u>Bay Point</u>").

2. The Trustee, Peak, and Bay Point (together, the "Parties") have been engaged in multi-party negotiations over the course of the previous months. The Parties appear to have reached a global settlement, subject to documentation.

3. The Trustee will file a further status report or a motion to approve a settlement within 45 days from the date hereof.

DATED: New York, New York
January 6, 2023

ALBERT TOGUT, not individually but
solely in his capacity as Chapter 7 Trustee
By his Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Neil Berger*
NEIL BERGER
EITAN BLANDER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000